UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



IN RE:

SEIZURE WARRANT                          CASE NO. 2:19-mj-00074

SEALED MOTION TO SEAL
SEIZURE WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America by Kathleen E. Robeson,
Assistant United States Attorney for the Southern District of West
Virginia, and moves this Court to:

1.   Order that the Application and Affidavit for Seizure
Warrant, and all attachments thereto, be filed under seal until
further order of this Court.   The reasons why the foregoing
documents should be filed under seal include: to protect the
ongoing investigation and the identity of certain individuals
identified in the documents.

2.   There are no alternatives to sealing the entire
Application and Affidavit for Seizure Warrant because the very
existence of a confidential witnesses may not be known and
unsealing a redacted copy of the affidavit will not be sufficient
to protect certain witnesses and individuals' identities, because
the subjects of the investigation will still be able to determine
the witnesses and individuals' identities.

3.   Order that this Motion be sealed.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

s/ *Kathleen Robeson*
Kathleen E. Robeson
Assistant United States Attorney
VA State Bar No. 89526
300 Virginia Street, East
Room 4000
Charleston, WV  25301
Telephone:  304-345-2200
Fax:  304-347-5104
E-mail:  Kathleen.robeson@usdoj.gov